## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DEPAKOTE: | LEAD CONSOLIDATED CASE<br>(Case No. 12-CV-52-NJR-SCW) |

## ORDER STAYING CASES

**ROSENSTENGEL, District Judge:**

The Court hereby enters a stay as to all pending Depakote cases. The stay shall apply to all trial settings, any and all proceedings, discovery (including but not limited to fact and expert discovery as well as depositions), pleading practice, and court deadlines. The stay does not apply to cases that have been transferred to Judge Herndon for settlement purposes. The parties shall take no actions until further notice from the Court.

This Order is entered to enable the Court to conduct an aggressive, timely settlement campaign regarding the remaining Depakote cases. Given the limited resources available to the Court and the high cost of pursuing these cases for all parties, this course is both prudent and reasonable. The stay will remain in effect until the Court has exhausted all settlement efforts as to all Depakote cases.

Mediator Randi Ellis will contact counsel regarding implementation of this Order.

**IT IS SO ORDERED.**

**DATED:** April 23, 2018

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**